## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Kathrine Bounds, with the Toledo Field Office of the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"), having first been duly sworn according to law, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint for **I'sah Bin HASHIM,** herein after referred to as "**HASHIM**".

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been employed since December 2021. I am currently assigned to the Toledo, Ohio, Field Office. Prior to this assignment, I was a Police Officer for approximately 5 years at the Southfield Police Department (Metro Detroit). I have a bachelor's degree in criminal justice from Grand Valley State University and a master's degree in public administration from Central Michigan University.

3. As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center (FLETC) including the Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT). During these programs I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, advanced interview techniques, surveillance, undercover operations, evidence collection, arson and explosives investigations, and firearms trafficking. As part of my daily duties as an ATF Special Agent, my responsibilities include the investigation of criminal violations related to firearms, specifically, in violation of Title 18, United States Code Section 922(o) (Possession or Transfer of a Machinegun).

4. I have knowledge and training in understanding and charging violations of federal law regarding the Gun Control Act (GCA) as well as the National Firearms Act (NFA). I am familiar with the illegal possession of firearms, to include weapons defined in the NFA (i.e. machine guns, silencers, short-barreled rifles, destructive devices, etc.). I know how possessors typically purchase, store, and transport those firearms possessed or obtained illegally. I know and am familiar with illegal possessors utilizing other individuals to procure firearms, as a "straw purchaser", to avoid the firearm being connected to the illegal possessor.

5. Based on my training and experience, I know that individuals who wish to purchase firearms illegally will, often, utilize online apps and websites to connect with private seller of firearms. These private sales are not subject to Federal Bureau of Investigations (FBI) National Instant Criminal Background Check (NICS) system, nor are they required to maintain Acquisition and Disposition (A&D) and ATF Form 4473 (Firearms Transaction Record) as required by the ATF. Individuals with criminal backgrounds can freely purchase firearms on the open market, utilizing these websites and apps, without the legal ramifications of their illegal activities.

6. I know that individuals will, also, use the internet to purchase firearms that are required to be registered in the National Firearms Registry and Transfer Record (NFRTR); such as machine guns and silencers. Individuals will purchase such items from websites based in foreign countries throughout the world. These items get shipped into the United States and are subject to U.S. Customs laws. Often, the United States Customs and Border Protection (CBP) will inspect and intercept such packages bound for the United States and report their findings to the appropriate agencies for investigation.

7. Individuals seeking to possess an illegal firearm (i.e. machine gun) required to be registered in the NFRTR, as per the NFA, will use a domestic carrier such as FedEx, United States Postal Service (USPS), United Parcel Service or DHL to facilitate the shipping of the firearm from the Port of Entry (POE) to the recipient's residence.

8. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7) and am authorized under the Federal Rules of Criminal Procedure, Rule 41, to conduct investigations and request an arrest warrant.

9. The statements contained in this affidavit are based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records. As such, I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for an order authorizing the arrest of **HASHIM**.

10. I submit the facts set forth above to establish probable cause to believe that on or about August 16, 2024, the defendant **I'sah Bin HASHIM**, possessed a machine gun, in violation of 18 U.S.C. § 922(o).

## BACKGROUND OF INVESTIGATION

11. On July 10, 2024, Affiant received intel from the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) Agents that the United States Customs and Border Protection (CBP), located and intercepted a suspicious package in the Chicago O'Hare International Mail Facility. CBP Officers inspected the package due to the shipment being manifested as building blocks to build race cars. Upon inspecting the package, two (2) Machinegun Conversion Device (MCD) were discovered and concealed among the metal pieces to the race car set. The package had a declared value of $50.00.

According to an appraisal from CBP, a domestic value of $260.00 was estimated for the above-mentioned devices.

12. In July 2024, Affiant first received intel from HSI relating to a parcel that was intercepted by CBP at the Chicago O'Hare International Mail Facility. The tracking number on the package was listed as: 9261 2927 0054 5500 0816 4924 45. Affiant was informed the parcel was suspected to be involved in an illegal transfer of Machinegun Conversion Device (MCD) to a residence located at xxx N Erie St. Apartment B Toledo, Ohio 43604 (hereinafter **Target Premises**). The consignee on the package was listed as I'sah HASHIM. The label had a return name and address of: Jerry (001)-Yasfbara, 9208 Charles Smith Ave., Rancho Cucamonga CA 91730.

13. On August 5, 2024, Affiant received additional intel from HSI SA Adam Gallegos relating to an additional parcel (hereinafter **Subject Parcel)** that was intercepted by CBP at the Chicago O'Hare International Mail Facility on July 31, 2024. The parcel was related to another illegal transfer of two (2) Machinegun Conversion Devices (MCD) to the same location as previously mentioned (xxx N Erie St. Apartment B Toledo, Ohio); the package was also addressed to the same individual, I'sah HASHIM.

14. Additionally, the package listed a phone number for **HASHIM** as: 1-567-260-3087. The tracking number on the package was listed as: LR141591013CN. The package was sent from: Qiong Cheng 15 Zhongyuan East Road, MEIZHOU, GUANGDONG 514000 CHINA PHONE#: 8512238981057. The package inspection also revealed the two (2) Machinegun Conversion Device (MCD) were concealed among the metal toy car pieces, inside of a box named "METAL MODELS".

15. Affiant received photographs of the Machinegun Conversion Devices (MCD) found in the **Subject Parcel**. The devices were consistent with other similar devices Affiant has seen in past investigations.




16. In furtherance of Machinegun Conversion Device (MCD) investigations, Affiant also compared a copy of an ATF Technical Bulletin displaying Machinegun Conversion Devices. For comparison purposes, below are pictures of a Machinegun Conversion Device (MCD) from the ATF Bulletin:



17. Based on the opinion of FATD, CBP, HSI, USPS, and Affiant's own comparison of the photograph above (from the **Subject Parcel**) to the photograph of an ATF FATD certified Machinegun Conversion Device (MCD), examples, training, and knowledge from

employment with ATF, and the fact that the **Subject Parcel** was falsely manifested as a toy car kit, Affiant believes that the items in the **Subject Parcel** are Machinegun Conversion Devices (MCDs), and therefore prohibited under federal law. Affiant knows a Machinegun Conversion Device (MCD) is defined as a machine gun and subject to registration in the NFRTR, as per the NFA. A Machinegun Conversion Device (MCD) render's a Glock pistol able to fire multiple rounds at unprecedented speeds with a single pull of the trigger.

18. On August 7, 2024, Affiant contacted the ATF Firearms and Ammunition Technology Division (FATD) Expert, John Miller, who in the course of his official duties, has, on numerous occasions, inspected, tested and/or fired, and classified machineguns (i.e. Machinegun Conversion Device (MCD)), firearms silencers…etc.  Based on his training and experience, he stated the seized devices from the **Subject Parcel** are consistent with devices that allow a Glock firearm to fire more than one round with a single pull of the trigger. Miller conducted a cursory examination of the two (2) Machinegun Conversion Device (MCD) and determined that these are Glock type Machinegun Conversion Devices (MCD), which are "machineguns" under 26 U.S.C. § 5845(b) Pursuant to Title 18, United States Code, Section 922(o), "it shall be unlawful for any person to transfer or possess a machinegun."

19. Affiant knows based on training and experience that China is a common origination point for firearm parts, pieces, and accessories regulated by the United States. Based on previous investigations and agency referrals in the ATF Toledo Field Office, individuals purchase items, such as silencers and machineguns (i.e. Machinegun Conversion Device (MCD)) that are sent through various domestic carriers, within the Northern Ohio area being a common destination point for such illicit items.

20. The **Subject Parcel** was addressed to I'sah HASHIM at the **Target Premises**. A query of the **Target Location** revealed HASHIM residing at that location. Affiant made inquiries within the National Firearms Registry regarding I'sah HASHIM. No records were found.

21. Affiant knows based on her training and experience, that individuals use U.S. parcel carriers, like USPS, for the purpose of transporting prohibited items, such as unregistered machine guns, and will often times place fictitious address and/or name information, different variations of their names, names of deceased individuals, or no names at all on these parcels to conceal their true identities from law enforcement should the parcel be seized.

22. On August 16, 2024, Affiant, along with members of the ATF Toledo Field Office and the ATF Cleveland Office, United States Postal Service (USPS) Inspector Tyler Sherman, Homeland Security Investigations (HSI) SA Gallegos, and the Toledo Police Department conducted a controlled delivery operation for the delivery of two machinegun conversion devices (MCDs) i.e. "Machinegun Conversion Device (MCD)."

23. The parcel to be delivered was an international parcel bearing tracking number LR141591013CN, (hereinafter referred to as the **Subject Parcel**), addressed to I'sah HASHIM at xxx N Erie St. Apartment B Toledo, Ohio 43604, and a return address of Qiong Cheng 15 Zhongyuan East Road, MEIZHOU, GUANGDONG 514000 CHINA.

24. On August 16, 2024, Inspector Sherman placed a GPS device and package beacon in the **Subject Parcel.** This would allow investigators to know the approximate position of the **Subject Parcel** and if/when the **Subject Parcel** was opened. Inspector Sherman secured the two Machinegun Conversion Device (MCD) to the GPS device using clear tape and placed the switches and GPS inside the **Subject Parcel**.

25. At approximately 12:59 PM, Inspector Sherman acting in an undercover capacity as a United States Postal Service letter carrier attempted to deliver the **Subject Parcel** to the **Target Premises**, but the front community door to the duplex residence was secured. Inspector Sherman knocked and rang the doorbell, and no one came from Apartment A or Apartment B. At approximately 1:03 PM, Inspector Sherman left the **Target Premises** with the **Subject Parcel.**

26. At approximately 2:06 PM, Inspector Sherman attempted a second delivery to the **Target Premises** with the **Subject Parcel**. Inspector Sherman was met by a female in a green sedan parked in front of the **Target Premises**. The unknown female asked what unit the **Subject Parcel** was going to, and Inspector Sherman stated Apartment B. The unknown female stated she lived in A. The unknown female stated the front door that led to both Apartment A and Apartment B was locked. Inspector Sherman asked if she would let him in the door to deliver the parcel to Apartment B and the unknown female agreed to let Inspector Sherman inside the front door to xxx N. Erie Street, Toledo, Ohio 43604.

27. Inspector Sherman was let in through the community door to Apartment A and B and proceeded up the stairs toward Apartment B. Inspector Sherman knocked on the door and was met with a black female adult. Inspector Sherman stated there was a parcel that required signature by "Isah," and the female attempted to sign for the **Subject Parcel.** Inspector Sherman stated he need to see identification for the **Subject Parcel** and the black female adult left the front door and went to go get a black male adult. Inspector Sherman noted the black male adult appeared to be Isah **HASHIM**.

28. Inspector Sherman asked to see identification for the **Subject Parcel** and **HASHIM** showed Inspector Sherman an identification card with the name Isah **HASHIM**. Inspector Sherman

stated to **HASHIM** the package required signature, and **HASHIM** signed for the **Subject Parcel** on a Postal Service Form 3849. **HASHIM** signed the form and printed his name below the signature in blue ink. Shortly thereafter, all law enforcement personnel involved in the controlled delivery operation were alerted to the **Subject Parcel** being opened. Affiant, along with all other law enforcement personnel, executed the federal anticipatory search warrant, Case No. 3:24MJ5251, for the **Target Premises**.

29. Multiple marked Toledo police cruisers activated their overhead lights and sirens upon approach to **Target Premises** At that time, Affiant and other law enforcement officers then knocked on the door to announce law enforcement presence. After entry was made into the front door of Unit "B", law enforcement made contact with **HASHIM** who was immediately detained. **HASHIM's** girlfriend, their child (minor), and HASHIM's little brother (minor) were present during the execution of the search warrant.

30. Affiant read **HASHIM** his Miranda Rights. **HASHIM** acknowledged his rights agreed to speak with Affiant and SA Gallegos. **HASHIM** first admitted that he was the "plug", the person that everyone goes to, to buy items from. **HASHIM** mentioned that he was a wholesaler and that he sold toys, clothes, purses …etc. **HASHIM** admitted to purchasing a toy car kit, containing the Machinegun Conversion Device (MCD), from "DH Gate" on more than one occasion. **HASHIM** also mentioned that he placed an order for a toy kit but didn't receive the kit, so **HASHIM** ordered another toy kit.

31. During the interview **HASHIM** informed Affiant about another toy car kit, he ordered that Affiant was not aware of. **HASHIM** informed Affiant the toy car kit was still in his possession and located in the hallway closet. Upon receiving this information, Inspector Sherman retrieved the toy car kit and brought it to Affiant. Upon examination, Affiant

determined this toy car kit was identical to the toy car kit from the **Subject Parcel** which was the subject of the controlled delivery. The toy car kit was also identical to the toy car kit that was seized earlier on July 10, 2024. Upon opening the toy car kit, Affiant noticed the MCDs were missing. **HASHIM** claimed the toy car kit came without them. According to **HASHIM** he ordered that toy car kit sometime in March or April of 2024.

32. **HASHIM** informed Affiant he had the "DH Gate" application installed on his mobile device, along with Alibaba and Aliexpress apps. **HASHIM** gave SAs full verbal consent to review the contents of his cellphone and provided the passcode to access his cellular device. SA Gallegos noticed that **HASHIM** had The Onion Router (TOR) application also installed on his cellular device. This application is a web browser that lets users access a network that anonymizes web traffic to provide private web browsing, it is also known as the "Dark Web." When subjects use this application to access the dark web, the TOR Browser hides IP addresses and browsing activity by redirecting web traffic through a series of different routers called nodes. **HASHIM** admitted to using the web browser several times.

33. SA Gallegos discovered a text message thread is **HASHIM's** phone.



34. On June 24, 2024, at approximately 9:46 AM, a text message was sent from HASHIM to an unknown person that stated, "I got one Dem (explosion emojis) rn going for $200 I got two others I got go grab but lmk…". The person responded back to HASHIM and said, "Send me a pic of it". HASHIM replied, "I'ma have to video chat you or some when I get to it cause I don't keep them type of pictures in my phone. It's the same type as the last one I showed you"

35. Based on my training and experience as an ATF SA, along with conversation with many other law enforcement officials, and the relevant facts of this investigation the flash emoji is frequently used to refer to firearms or firearms components, specifically MCDs. When individuals engage in the crime of firearms trafficking, illegal possession of firearms, or the sale/possession of MCDs and are communicating with co-conspirators or customers, to avoid detection by law enforcement, they frequently use emojis in place of the actual words.

36. At some point during the interview **HASHIM** mentioned he currently is unemployed and stated that he used selling items to make money. **HASHIM** said when he sells items, he makes money from selling his toys to anyone that will buy from him. He stated that he will usually buy a lot of items, like the toys, in bulk, and wait until he gets a lot of them at once so he can sell them to someone. Based on Affiant's training and experience firearms and their parts and components are frequently referred to as "toys". During the entire interview, **HASHIM** frequently used the terms "toys".

37. During the interview **HASHIM** admitted that he researched what "Glock Switches" (MCDs) are, and through the conversation it was apparent that HASHIM knew the design, appearance, and functionality of the device. He described that MCDs "rapid fires" and agreed

that the firearm does that with the single pull of the trigger. He also added that the devices were black in color and installed on the back of a firearm.

38. During the interview with **HASHIM**, one of the other SAs informed Affiant that the MCDs inside the package that was delivered on this day, were gone. Affiant checked the **Subject Parcel** and confirmed the toy car kit was still there, however, the two (2) MCDs were missing. HASHIM was asked where the two (2) MCDs were. HASHIM told your affiant he put them in the toilet bowl. The toilet was thoroughly inspected and the MCDs were not present. Eventually, HASHIM admitted to flushing the toilet with the MCDs inside the bowl. Upon further inspection of the bathroom, one (1) piece of an MCD was found on the floor.

39. Affiant spoke to Honayjha FRAZIER, **HASHIM's** girlfriend, whom they share a child in common. According to FRAZIER, she saw **HASHIM** opening the package and when **HASHIM** then noticed law enforcement approaching the residence, he started ripping the package up and he went to the bathroom with the contents in his hand.

40. At some point during the interview SAs were informed about a letter that was found in the hallway closet. The letter was titled "Notice of Seizure and information to Claimants Non-Cafra Form" from the United Stated Customs and Border Protection (CBP). The letter was addressed to Isah HASHIM xxx N Erie St Apartment B, Toledo, Ohio 43604. Regarding Case Number: 202439010058560. The letter was dated July 30, 2024. The letter stated it was to notify **HASHIM** that CBP seized two (2) Glock Switches (MCDs) on July 10, 2024.

41. On the last page of the packet there is a "X" handwritten inside Box 3, which states and acknowledges, "I ABANDON ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY. I understand no additional notice about future proceedings concerning the property will be provided to me." Underneath Box 4 and its statements, "Isah Hashim" is

written (in ink) above the line to write your name, and a signature that says **HASHIM's** name is written in ink just below that. This appears to be the original letter that was sent to **HASHIM**. When asked about the letter **HASHIM** stated that he researched MCDs and tried to look it up.

42. After executing the search warrant at the residence, **HASHIM** was placed under arrest and transported to the Toledo Police Department (TPD) for further processing. SA Gallegos went into the holding cell with Sgt. Haney to complete post arrest procedures. **HASHIM** told SA Gallegos that he wanted to speak to him and Affiant because he regrets what he did. SA Gallegos and Affiant readvised **HASHIM** that his Miranda Rights were still in effect and confirmed that **HASHIM** still wanted to speak to law enforcement, at which point he said yes. **HASHIM** confirmed that he did attempt to dispose of the MCDs by flushing them down the toilet.

43. HASHIM was transported from TPD to Lucas County Corrections Center where he was booked and processed. During booking, **HASHIM** spoke with SA Gallegos and reiterated that he regretted his actions. **HASHIM** also said he got caught up in something he didn't mean to get caught up in.

44. SA Gallegos informed **HASHIM** that law enforcement knows that he has been ordering MCDs and are aware that **HASHIM** knows what MCDs are and how they function. Additionally, through the consensual review of **HASHIM's** phone, SA Gallegos advised **HASHIM** that law enforcement suspects he has been selling MCDs or firearms. To which **HASHIM**, "yes".

**CONCLUSION**

45. I submit the facts set forth above establish probable cause to believe that on or about August 16, 2024, in the Northern District of Ohio, the defendant **I'sah Bin HASHIM**, illegally possessed a machine gun, in violation of 18 U.S.C. § 922(o), and conspired to do the same. Accordingly, I request the issuance of a criminal complaint and arrest warrant.

Respectfully Submitted,

*Kathrine Bounds*
Special Agent Kathrine E. Bounds
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to via telephone after submission by
reliable electronic means [Fed. R. Crim. P. 4.1 and
41(d)(3)] on this 19th day of August, 2024.

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE